UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
CHAPTER 13 PLAN (Individual Adjustment of Debts)
☐ 2nd           Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐               Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: James Krause   JOINT DEBTOR: Jennifer Krause   CASE NO.: 09-38582-PGH

Last Four Digits of SS#: -9891    Last Four Digits of SS#: -0335

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.   $ 205.70    for months   1    to   60   ;
  B.   $           for months        to        ;
  C.   $           for months        to        ; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ 3,650.00   TOTAL PAID $ 500.00
                  Balance Due   $ 3,150.00     payable $ 157.50 /month (Months 1   to  20  )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1._____   Arrearage on Petition Date   $_____
Address:_____    Arrears Payment   $_____  /month (Months   to   )
_____     Regular Payment   $_____  /month (Months   to   )
Account No:_____

2._____   PAY-OFF TOTAL $_____ payable $____ /month (Months   to   )
                            [payment includes 9.75% interest for total payments of $     ]

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | To |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1._____   Total Due $_____
                            Payable  $_____  /month (Months   to   )

Unsecured Creditors: Pay $ 29.50    /month (Months  1   to  20  )
                     $ 187.00   /month (Months  21  to  60  ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:  St. Lucie County Tax Collector and Aurora Loan Services(acct....1926) to be paid directly per pending modification.. Polk County Tax Collector and HSBC Retail Services(acct...7786) to be paid directly. Debtors surrender property securing Wells Fargo Financial National Bank(acct...9930). Debtors surrender property securing GEMB Lending Inc.(acct...8715).

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____                          3/8/10
James Krause                                     Date

_____                          3/8/10
Jennifer Krause                                  Date

LF-31 (rev. 06/02/08)